In re   **James Glenn**                                                                 Case No. _____
                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **1 checking and 1 savings account** **Orange County Credit Union** | - | 10.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household furnishings, electronics, etc.** | - | 3,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal clothing** | - | 250.00 |
| 7. | Furs and jewelry. | | **Miscellaneous jewelry** | - | 1,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy w/no cash surrender value** | - | 0.00 |

                                                                                Sub-Total >     **4,260.00**
                                                                           (Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re  **James Glenn**                                                              Case No. _____
                                         Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **ERISA-qualified pension plan (not property of the estate) through Debtor's spouse's union. Debtor has no access to these funds until he reaches retirement age.** | - | 0.00 |
| | | **ERISA-qualified pension plan (not property of the estate) through Debtor's employer.** | - | 3,000.00 |
| | | **Deferred compensation plan through Debtor's employer** | - | 600.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **17 shares of Albertson's stock** | - | 500.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

                                                                Sub-Total >        **4,100.00**
                                                             (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **James Glenn**                                                    Case No. _____
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1997 Jeep Grand Cherokee Encumbered. To be retained.** | - | 12,500.00 |
| | | **1993 Hyundai Elantra - Paid Off. Approximately 214,000 miles.** | - | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

Sub-Total >      13,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **James Glenn**  
_____,  Case No. _____  
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > (Total of this page) | 0.00 |
|---|---|---|
|  | Total > | 21,360.00 |

Sheet __3__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                    Best Case Bankruptcy

**AIG Agency Auto**

CALIFORNIA Automobile **Temporary Identification Card**
Identificación Temporal de Seguro Automotriz de CALIFORNIA

Día efectivo/
Effective Date:   03/12/20**

NAIC  ?909

Insured
GLENN ,FUTURE
GLENN ,JAMES
6082 APPLECROS
RIVERSIDE ,CA 9?

Número de aseguranza/
Policy No.:   49695?75

Año de fabricación/
Year/Make:   1997 JEEP

Modelo/Model:   GRAND CHEROKEE LAREDO

Producer
EASTWOOD INSURANCE MORENO VALLEY
(714) 578-8343

Número de identificación
I.D. Number.   1J4 X58S ?C764940

**Coverage only effective for 30 days following the date shown above.

### En caso de Accidente

Si usted está involucrado en un accidente, reporte todos los detalles directamente a la compañía durante las primeras 24 horas. Llame al 1-866-568-5837. Obtenga la siguiente información:
1. Nombre y dirección de conductor, pasajeros y testigos.
2. Nombre de la compañía de seguros de cada vehículo involucrado.
Por favor remplace esta tarjeta temporal de seguro con la que recibirá por correo.

### In Case of an Accident

If you are involved in an accident, report fully all details directly to the company within 24 hours. Call 1-866-568-5837. Obtain the following information:
1. Name and address of each driver, passenger and witness.
2. Name of insurance company and policy number for each vehicle involved.
Please replace this temporary card with the one that is mailed with your policy.

---

**AIG Agency Auto**

CALIFORNIA Automobile **Temporary Identification Card**
Identificación Temporal de Seguro Automotriz de CALIFORNIA

Día efectivo/
Effective Date:   03/12/20**

NAIC  ?909

Insured
GLENN ,FUTURE
GLENN ,JAMES
6082 APPLECROS
RIVERSIDE ,CA 9?

Número de aseguranza/
Policy No.:   49695?75

Año de fabricación/
Year/Make:   1997 JEEP

Modelo/Model:   GRAND CHEROKEE LAREDO

Producer
EASTWOOD INSURANCE MORENO VALLEY
(714) 578-8343

Número de identificación
I.D. Number.   1J4 X58S ?C764940

**Coverage only effective for 30 days following the date shown above.

### En caso de Accidente

Si usted está involucrado en un accidente, reporte todos los detalles directamente a la compañía durante las primeras 24 horas. Llame al 1-866-568-5837. Obtenga la siguiente información:
1. Nombre y dirección de conductor, pasajeros y testigos.
2. Nombre de la compañía de seguros de cada vehículo involucrado.
Por favor remplace esta tarjeta temporal de seguro con la que recibirá por correo.

### In Case of an Accident

If you are involved in an accident, report fully all details directly to the company within 24 hours. Call 1-866-568-5837. Obtain the following information:
1. Name and address of each driver, passenger and witness.
2. Name of insurance company and policy number for each vehicle involved.
Please replace this temporary card with the one that is mailed with your policy.