Form B6F - (Rev. 12/03)                                                                                                    2003 USBC, Central District of California

In re   **James Glenn**                                                                      Case No. _____
        _____,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxx-xxxx-xxxx-7896<br><br>**Capital One**<br>P.O. Box 85167<br>Richmond, VA 23285-5167 | | - | 2002<br>Credit Card | | | | 360.47 |
| Last four digits of Account No. xxxx-xxxx-xxxx-1119<br><br>**Cross Country Bank**<br>P.O. Box 15414<br>Wilmington, DE 19850-5414 | | - | 2002<br>Credit Card | | | | 1,399.04 |
| Last four digits of Account No. xxx-xx-0980<br><br>**Providian**<br>P.O. Box 660490<br>Dallas, TX 75266-9575 | | - | 2002<br>Credit Card | | | | 450.00 |
| Last four digits of Account No. xxx-xx-0980<br><br>**Sallie Mae**<br>P.O. Box 78844<br>Phoenix, AZ 85062 | | - | 1997<br>Student Loan | | | | 1,000.00 |

**_1_** continuation sheets attached

Subtotal (Total of this page)   **3,209.51**

Form B6F - Continued (Rev. 12/03)                                                    2003 USBC, Central District of California

In re  **James Glenn**                                    , Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No. xxxxxxxx2320<br><br>Sears<br>Attn: Bankruptcy Department<br>P.O. Box 5000<br>Rancho Cucamonga, CA 91729 | - | | 2002<br>Credit Card | | | | 1,310.00 |
| Last four digits of Account No.<br><br>Triad Financial Corp.<br>5505 N. Cumberland Ave.<br>Hardwood Heights, IL 60656 | - | | 2002<br>Auto Loan - deficiency | | | | 9,000.00 |
| Last four digits of Account No. xx-xxx488-7<br><br>United Acceptance Corporation<br>P.O. Box 6186<br>Indianapolis, IN 46206-6186 | - | | 2002<br>Automobile deficiency balance | | | | 5,360.00 |
| Last four digits of Account No.<br><br>Representing:<br>United Acceptance Corporation | | | J. Ward Holliday & Assoc. P.C<br>501 Elm Street, STe 400, LB13<br>Dallas, TX 75202 | | | | |
| Last four digits of Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **15,670.00**

Total (Report on Summary of Schedules)  **18,879.51**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy