In re   **James Glenn**                                               ,   Case No._____
                            Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Future Glenn**<br>**6082 Applecross Drive**<br>**Riverside, CA 92507** | **Citi Mortgage Services**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 7520**<br>**Cross Lane, WV 25313** |

___0___ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                             Best Case Bankruptcy