Form B6I
(12/03)

In re **James Glenn**, Debtor

Case No. ____________

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **3 years** |
| | **Son** | **4 years** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Night Crew** | **Driver** |
| Name of Employer | **Orange County Transportation Authority** | **Orange County Transportation Authority** |
| How long employed | **14 years** | **2 years** |
| Address of Employer | **450 East Cypress**<br>**Redlands, CA** | **550 South Main Street**<br>**P.O. BOx 14184**<br>**92863-1584**<br>**Orange, CA 92863** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,479.80 | $ 2,869.71 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,479.80 | $ 2,869.71 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 927.25 | $ 237.42 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 95.55 | $ 0.00 |
| d. Other (Specify) **Mandatory Retirement** | $ 0.00 | $ 161.76 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,022.80 | $ 399.18 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,457.00 | $ 2,470.53 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,457.00 | $ 2,470.53 |

TOTAL COMBINED MONTHLY INCOME $ **4,927.53** (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **Unknown.**

**See proof of income attached hereto.**

Albertsons

JAMES GLENN
EMPLOYEE NO. 1478904
SOCIAL SECURITY NO. 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
PAY PERIOD 3/08/2004 - 3/14/2004

STORE NO. 6519
PAY RATE 17.9000
MARITAL STATUS S
ISSUE DATE 3/16/2004

28

| TAX DATA | Federal | State (CA) |
|---|---|---|
| ALLOWANCES | 1 | 1 |
| ADDL. AMT. | | |

CONTROL NO. 9082080

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | RATE | CURRENT AMOUNT |
|---|---|---|---|
| REG. PAY AT LOC. 6519, JC: 28 | 40.40 | 17.9000 | 723.16 |
| OVERTIME | .50 | 8.9500 | 4.48 |
| SUNDAY PREMIUM | 7.10 | 7.9500 | 56.45 |
| NIGHT PREMIUM | 3.50 | .5000 | 1.75 |
| EXTRA NIGHT PREMIUM | 22.40 | .7500 | 16.82 |
| DERIVED OVERTIME ADJUST | .40 | .9264 | .37 |
| TOTAL EARNINGS | 40.40 | | 803.03 |

## TAXES

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| OASDI | 49.79 | 107.34 |
| MEDICARE | 11.64 | 25.10 |
| FEDERAL | 112.19 | 204.70 |
| STATE CA | 30.88 | 50.95 |
| SDI CA | 9.48 | 20.43 |
| TOTAL TAXES | 213.98 | 408.52 |

## DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | YEAR-TO-DATE AMOUNT |
|---|---|---|
| UNION DUES CURRENT WKLY | 10.90 | 21.80 |
| UNION DUES BACKDUES WKLY | 10.90 | 21.80 |
| UNITED WAY - WEEKLY OR ONE TIM | .25 | .50 |
| TOTAL DEDUCTIONS | 22.05 | 44.10 |

MESSAGE BOARD

Albertsons General Offices P.O. Box 20 Boise, Idaho 83726

YEAR-TO-DATE GROSS WAGES 1,731.33

NET PAY 567.00

Debtor is paid weekly
803.03 x 52 ÷ 12 = $3,479.80 gross
213.98 x 52 ÷ 12 = 927.25 taxes
22.05 x 52 ÷ 12 = 95.55 Union dues
$2,457.00

| EMPLOYEE NAME | | DOCUMENT NUMBER | SOCIAL SECURITY NUMBER | CHECK NO/PP NO | PAYROLL PERIOD |
|---|---|---|---|---|---|
| GLENN, FUTURE L | | 03203234 | 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 | 589869 PP# 02 | 12/29/02 01/11/03 |
| FIT M-03 | SIT M-03 | MARITAL STATUS M | | | |

| EARNINGS | HOURS | PAY | OTHER DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| REGULAR HOURS | 66.12 | 899.23 | | | |
| OVERTIME | 13.25 | 270.30 | | | |
| TRAVEL | 2.13 | 28.97 | | | |
| TRAVEL OT | .83 | 16.93 | | | |
| HOL - SUBJ RET | 8.00 | 108.80 | | | |
| TOTAL EARNINGS | 90.33 | 1324.23 | TOTAL OTHER DEDUCTIONS | | |

| | CURRENT | YTD | | CURRENT | YTD |
|---|---|---|---|---|---|
| GROSS | 1324.23 | 2416.24 | UNION DUES | | |
| NONTAX | | | CREDIT UNION | 1119.99 | 2005.40 |
| PRETAX | | | UNITED WAY | 5.00 | 10.00 |
| FIT | 72.11 | 112.76 | DEF COMP | 15.00 | 30.00 |
| SIT | 6.35 | 8.14 | HEALTH | | |
| FICA/MEDI | 19.20 | 35.03 | LIFE INS | | |
| SDI | 11.92 | 21.75 | EPDC | | |
| REG RETIRE | | | | | |
| DEF RETIRE | 74.66 | 145.16 | TOTAL DEDUCT | 1139.99 | 2045.40 |

| NET CHECK | |
|---|---|
| NET YTD | |

| | CURRENT | AVAILABLE |
|---|---|---|
| VAC | | |
| SICK | | |
| PPH | | |

ORANGE COUNTY TRANSPORTATION AUTHORITY / 550 South Main Street / P.O. Box 14184 / Orange / California 92863 - 1584

REMOVE DOCUMENT ALONG THIS PERFORATION

THIS CHECK IS VOID IF BLUE COLORED BACKGROUND IS ABSENT

OCTA

ORANGE COUNTY TRANSPORTATION AUTHORITY

550 South Main Street / P.O. Box 14184 / Orange / California 92863 - 1584

Garden Grove Office
United California Bank
12976 Main Street
Garden Grove, California 92640

589869

16-351
1220

DATE 01/17/03

AMOUNT
******** **

PAY EXACTLY ****************** Dollars ********00 CENTS

VOID AFTER 6 MONTHS

TO: GLENN, FUTURE L
6082 APPLECROSS DR
RIVERSIDE CA 92507

James S. Kenan
Director, Finance and Administration

**VOID NON - NEGOTIABLE**

*** VOID * DIRECT DEPOSIT * VOID ***

Debtor) spouse) is paid every two weeks

$1,324.23 x 26 ÷ 12 = $2,869.17 gross pay

$ 74.66 x 26 ÷ 12 = -$ 161.76 mand. retirement

$109.58 x 26 ÷ 12 = -$ 237.42 taxes

$ 2,469.99 net