In re   **James Glenn**                                                                 ,   Case No. _____
                                         Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,488.00 |
| Are real estate taxes included?   Yes  X    No_____ | |
| Is property insurance included?   Yes  X    No_____ | |
| Utilities: Electricity and heating fuel | $ 250.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 40.00 |
| Other   **Cable (59) Natural Gas (80) Cell Phone (60)** | $ 199.00 |
| Home maintenance (repairs and upkeep) | $ 40.00 |
| Food | $ 750.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 30.00 |
| Medical and dental expenses | $ 40.00 |
| Transportation (not including car payments) | $ 450.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 100.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 436.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Other   **Daycare** | $ 150.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other   **Contingency/Emergency** | $ 50.00 |
| Other | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | **$ 4,173.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 4,927.53 |
| B. Total projected monthly expenses | $ 4,173.00 |
| C. Excess income (A minus B) | $ 754.53 |
| D. Total amount to be paid into plan each   **Monthly** | $ 753.00 |
|                                (interval) | |