# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501-3819

## NOTICE OF DISMISSAL

**DEBTOR(S) INFORMATION:**
GLENN, JAMES
**SSN:** XXX-XX-5213
**EIN:** N/A
AKA  GLENN, JAMES JOHNAL
6082 APPLECROSS DRIVE
RIVERSIDE, CA 92507

**BANKRUPTCY NO.** RS04-13619-MJ

**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above-captioned case and vacating the discharge if previously entered.

For The Court,

**JON D. CERETTO**
Clerk of Court

Dated: April 7, 2004

(Form rev. 5/96) VAN-24  36 /TOL

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

k-13619-MJ   Doc 37-1   Filed 04/07/04   Entered 04/07/04 00:00:00   Desc
Main Document   Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 0973-6           User: TOL              Page 1 of 1              Date Rcvd: Apr 07, 2004
Case: 04-13619-MJ              Form ID: VAN-24        Total Served: 18
```

The following entities were served by first class mail on Apr 09, 2004.
```
D        GLENN, JAMES,   6082 APPLECROSS DRIVE,   RIVERSIDE, CA 92507
DA       PATRICIA N CARLOS,   PRICE LAW GROUP,   15760 VENTURA BL STE 1100,   ENCINO, CA 91436
T        ROD DANIELSON,   3435 14TH STREET SUITE 100,   RIVERSIDE, CA 92501
1        CAPITAL ONE,   P.O. BOX 85167,   RICHMOND, VA 23285--5167
2        CITI MORTGAGE SERVICES,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 7520,   CROSS LANE, WV 25313
3        CROSS COUNTRY BANK,   P.O. BOX 15414,   WILMINGTON, DE 19850--5414
4        DRIVE TIME,   8341 INDIANA AVENUE,   RIVERSIDE, CA 92504
5        FIVE STAR,   2710 WINOONA AVENUE,   BURBANK, CA 91504
6        J. WARD HOLLIDAY & ASSOC. P.C,   501 ELM STREET, STE 400, LB13,   DALLAS, TX 75202
7        PROVIDIAN,   P.O. BOX 660490,   DALLAS, TX 75266--9575
8        SALLIE MAE,   P.O. BOX 78844,   PHOENIX, AZ 85062
9        SEARS,   ATTN: BANKRUPTCY DEPARTMENT,   P.O. BOX 5000,   RANCHO CUCAMONG, CA 91729
10       TRIAD FINANCIAL CORP.,   5505 N. CUMBERLAND AVE.,   HARDWOOD HEIGHT, IL 60656
11       UNITED ACCEPTANCE CORPORATION,   P.O. BOX 6186,   INDIANAPOLIS, IN 46206--6186
12       EMPLOYMENT DEVELOPMENT DEPARTMENT,   BANKRUPTCY GROUP MIC 92E,   P.O. BOX 826880,
           SACRAMENTO, CA 94280-0001
13       UNITED STATES TRUSTEE,   3685 MAIN STREET, SUITE 300,   RIVERSIDE, CA 92501
14       FRANCHISE TAX BOARD,   ATTN: BANKRUPTCY,   P. O. BOX 2952,   SACRAMENTO, CA 95812-2952
15       B-LINE LLC/CROSS COUNTRY BANK,   2101 FOURTH AVE STE 900,   SEATTLE, WA 98121
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 09, 2004**                   Signature:   _Joseph Speetjens_